**IT IS ORDERED as set forth below:**

Date: September 16, 2008

_____
Paul W. Bonapfel
U.S. Bankruptcy Court Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE:<br>   LISA ANN THOMPSON<br>   Debtor | :<br>: | 06-50515 WESTERN DISTRICT<br>LOUISIANA |
| LISA ANN THOMPSON<br>   Plaintiff<br><br>Vs.<br><br>MANN BRACKEN LLC<br>   Defendant | :<br>:<br>:<br>:<br>:<br>:<br>: | ADVERSARY NO. 08-00607-PWB |

**CONSENT ORDER ON
MOTION TO STAY ISSUANCE OF JUDGMENT
AND ENFORCEMENT OF JUDGMENT**

    The hearing on the defendant's Motion to Stay Issuance of Judgment and Enforcement of Judgment is set for hearing on September 16, 2008. By agreement of counsel for the plaintiff and counsel for the defendant it is hereby

ORDERED that the defendant's motion be granted and the issuance of any judgment and enforcement of any judgment against the defendant resulting from the judgment entered against defendant in case number 06-50515 in the United States Bankruptcy Court for the Western District of Louisiana is stayed until defendant's Motion to Vacate the Judgment entered against it is resolved by the court in the Western District of Louisiana.

END OF DOCUMENT

Signatures on the Following Page

Consented to by:

/s/ William J Layng, Jr.
William J Layng, Jr. Bar No. 441550
Pendergast & Jones, P.C.
Attorneys for Defendant
South Terraces, Suite 1000
115 Perimeter Center Place
Atlanta, GA 30346
678-578-3578
blayng@penderlaw.com


/s/ Joe Perry Redd
Attorney for Plaintiff, Bar No. 597275
1959-G Parker Court
Stone Mountain, GA 30087
770-978-2113
reddlaw@aol.com
Signed by William J Layng, Jr. with
the express permission of Joe Perry Redd

## Distribution List

Joe Perry Redd
1959-G Parker Court
Stone Mountain GA 30087

Lisa Ann Thompson
1277 Hwy 754
Sunset LA 70584

William C Vidrine
711 West Pinhook Road
Lafayette LA 70503

William J Layng, Jr.
Attorney at Law
Suite 1000
115 Perimeter Center Place
Atlanta, GA 30346

<u>Kristian Knochel</u>
<u>One Paces West, Suite 1400</u>
<u>2727 Paces Ferry Road</u>
<u>Atlanta GA 30339</u>